**Daniel KING, Petitioner**

v.

**RIVERWATCH CONDOMINIUM OWNER'S ASSOCIATION,**
Respondent

**Daniel King, Petitioner**

v.

**Riverwatch Condominium Owner's Association, Respondent**

No. 409 MAL 2016
No. 410 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.